Ian A. Rambarran, Bar No. 227366
Michael W. Carruth, Bar No. 249263
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
irambarran@klinedinstlaw.com
mcarruth@klinedinstlaw.com

Attorneys for Defendant
BAYVIEW LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MUSIC,<br><br>    Plaintiff,<br><br>        v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BAC HOME LOANS SERVICING, LP; and, BAYVIEW LOAN SERVICING, LLC,<br><br>    Defendants. | Case No. 3:14-CV-04776-JCS<br><br>**STIPULATION REGARDING TIMING FOR DEFENDANT BAYVIEW LOAN SERVICING, LLC'S RESPONSIVE PLEADING TO COMPLAINT**<br><br>Complaint Filed:  10/27/2014<br>Trial Date:        None set |

The parties to this matter, Defendant BAYVIEW LOAN SERVICING, LLC (hereinafter "Defendant"), together with Plaintiff MICHAEL MUSIC, hereby stipulate and agree to extend the time for Defendant to respond to the complaint by no more than 14 days. Defendant's responsive pleading to Plaintiff's Complaint shall be filed no later than January 23, 2015.

**IT IS THEREFORE HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that Defendant BAYVIEW LOAN SERVICING, LLC's responsive pleading shall be filed no later than January 23, 2015.

///

///

///

///

KLINEDINST PC

DATED: January 8, 2015            By:  /s/ Ian A. Rambarran
                                       Ian A. Rambarran
                                       Michael W. Carruth
                                       Attorneys for Defendant
                                       BAYVIEW LOAN SERVICING, LLC

PARTON SELL RHOADES

DATED: January 9, 2015            By:  /s/ James E. Sell
                                       James E. Sell
                                       Attorneys for Plaintiff
                                       MICHAEL MUSIC

16102006v1

Dated: 1/13/15

IT IS SO ORDERED

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

- 2 -
STIPULATION REGARDING TIMING FOR DEFENDANT BAYVIEW LOAN SERVICING, LLC'S
RESPONSIVE PLEADING TO COMPLAINT
Case No.: 3:14-CV-04776-JCS