Ian A. Rambarran, Bar No. 227366
Michael W. Carruth, Bar No. 249263
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
irambarran@klinedinstlaw.com
mcarruth@klinedinstlaw.com

Attorneys for Defendant
BAYVIEW LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MUSIC,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BAC HOME LOANS SERVICING, LP; and, BAYVIEW LOAN SERVICING, LLC,<br><br>        Defendants. | Case No. 3:14-CV-04776-JCS<br><br>**FURTHER STIPULATION REGARDING TIMING FOR DEFENDANT BAYVIEW LOAN SERVICING, LLC'S RESPONSIVE PLEADING TO COMPLAINT**<br><br>Complaint Filed: 10/27/2014<br>Trial Date:       None set |

The parties to this matter, Defendant BAYVIEW LOAN SERVICING, LLC (hereinafter "Defendant"), together with Plaintiff MICHAEL MUSIC, hereby stipulate and agree to further extend the time for Defendant to respond to the complaint by no more than 14 days. Defendant's responsive pleading to Plaintiff's Complaint shall be filed no later than February 6, 2015.

The parties initially agreed to a 30-day extension on Defendant's responsive pleading deadline (from January 9, 2015 to February 6, 2015) but stipulated to only a 14-day extension so as not to interfere with any of the dates in the operative Scheduling Order. The dates in the Scheduling Order have since been continued, so the parties now stipulate to a further 14-day extension on the responsive pleading deadline, which is consistent with their original agreement. This will be the final extension.

///

IT IS THEREFORE HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendant BAYVIEW LOAN SERVICING, LLC's responsive pleading shall be filed no later than February 6, 2015.

KLINEDINST PC

DATED: January 23, 2015     By:  /s/ Ian A. Rambarran
                                  Ian A. Rambarran
                                  Michael W. Carruth
                                  Attorneys for Defendant
                                  BAYVIEW LOAN SERVICING, LLC

PARTON SELL RHOADES

DATED: January 23, 2015     By:  /s/ James E. Sell
                                  James E. Sell
                                  Attorneys for Plaintiff
                                  MICHAEL MUSIC

16112275v1

Dated: 1/27/15

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA