**BRYAN CAVE LLP**
Andrea M. Hicks, California Bar No. 219836
Sharon L. Stewart, California Bar No. 235706
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
E-Mail:   andrea.hicks@bryancave.com
          sharon.stewart@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A., for itself and as successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING LP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MUSIC, | Case No.: 3:14-CV-04776-JCS |
| Plaintiff, | Hon. Joseph C. Spero |
| v. | **[PROPOSED]** ORDER APPROVING JOINT STIPULATION TO EXTEND DEFENDANT BANK OF AMERICA, N.A.'S TIME TO RESPOND TO COMPLAINT |
| BANK OF AMERICA, NATIONAL ASSOCIATION; BAC HOME LOANS SERVICING, LP; and, BAYVIEW LOAN SERVICING, LLC. | |
| Defendants. | Complaint Filed: October 27, 2014<br>Trial Date:   Not Yet Set |

(["PROPOSED"] struck through)

SF01DOCS\233989

[PROPOSED] ORDER APPROVING JOINT STIPULATION FOR ORDER EXTENDING TIME

1  The Court having read and considered the *Joint Stipulation to Extend Defendant Bank of
2  America, N.A.'s Time to Respond to Complaint* ("Stipulation") filed by the Parties:
3  IT IS SO ORDERED THAT Defendant's deadline to file a responsive pleading to
4  Plaintiff's Complaint shall be extended until and including **February 20, 2015.**

6  Dated: 1/30/15



HON. JOSEPH C. SPERO
United States Magistrate Judge
Northern District of California

SF01DOCS\233989

1

[PROPOSED] ORDER APPROVING JOINT STIPULATION FOR ORDER EXTENDING TIME