

Diana N. Chinn, Esq.<br>
801 K Street, Suite 2100<br>
Sacramento, California 95814<br>
(916) 444-7573 Ext. 4209<br>
(916) 444-7544 Fax<br>
dchinn@klinedinstlaw.com

March 20, 2015

**VIA CM/ECF**
The Honorable Joseph C. Spero
Northern District Court of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:   *Music v. Bank of America, et al.*
            **Northern District of California, No. 3:14-CV-04776-JCS**
            **Our File No.: 2861-8164**

Dear Judge Spero:

    This office represents Defendant Bayview Loan Servicing, LLC in the above-referenced matter. I work at the office located in Sacramento, California. In the interest of conserving resources and in the best interest of my client, I respectfully request the Court permit me to appear on behalf of Bayview at the Case Management Conference, currently scheduled for March 27, 2014, beginning at 10:30 a.m., by telephone. I can be available on standby beginning at the appointed time and can await the Court's phone call.

    If agreeable, I can be reached on our direct land line (916) 637-8080.

                      Very truly yours,

                      KLINEDINST PC

                      DIANA N. CHINN

DNC:gfo
cc:  James E. Sell, Esq. (via CM/ECF)
     Francis D. Conway, Esq. (Via CM/ECF)
     Sharon L. Stewart, Esq. (Via CM/ECF)
16156759v1

Dated: 3/23/15

*IT IS SO ORDERED*
Judge Joseph C. Spero

Los Angeles  •  Sacramento  •  San Diego  •  Santa Ana