Ian A. Rambarran, Bar No. 227366
Diana N. Chinn, Bar No. 271577
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
irambarran@klinedinstlaw.com
dchinn@klinedinstlaw.com

Attorneys for Defendant
BAYVIEW LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MUSIC,<br><br>        Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BAC HOME LOANS SERVICING, LP; and, BAYVIEW LOAN SERVICING, LLC,<br><br>        Defendants. | Case No.<br>3:14-CV-04776-JCS<br><br>**DEFENDANT BAYVIEW LOAN SERVICING, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; AND ORDER**<br><br>Courtroom:     G<br>Magistrate Judge: Joseph C. Spero<br>Complaint Filed: 10/27/2014<br>Trial Date:    None set |

Counsel for Defendant BAYVIEW LOAN SERVICING, LLC's respectfully requests the Court's permission to appear telephonically at the case management conference currently scheduled before Magistrate Judge Joseph C. Spero on **July 10, 2015, at 2:00 p.m.**

With the Court's leave, counsel will call into the conference line identified by Mr. Dailey, counsel for Bank of America (ECF No. 36):

**Dial in:**       **800-900-5552**

**Access Code:**    **310-576-2128**

                         KLINEDINST PC

DATED: July 1, 2015        By:  */s/ Diana N. Chinn*
                            Diana N. Chinn
                            Attorneys for Defendant
                            BAYVIEW LOAN SERVICING, LLC

/ / /

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

1

**ORDER**

2         IT IS ORDERED, Ms. Chinn shall use the dial in number listed above. Ms. Chinn

3 shall be on phone standby and wait for the Court to dial in.                 .

4

5  DATED: 7/6/15



6  16287859v1            MAGISTRATE JUDGE JOSEPH C. SPERO

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

- 2 -