JAMES E. SELL, ESQ. (SBN 135935)
PARTON | SELL | RHOADES
A Professional Corporation
900 Larkspur Landing Circle, Suite 150
Larkspur, CA 94939
Telephone:    (415) 258-9700
Facsimile:     (415) 258-9739
Email: JSell@partonsell.com

Attorneys for Plaintiff,
MICHAEL MUSIC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MUSIC<br><br>        Plaintiff,<br><br>        vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BAC HOME LOANS SERVICING, LP; and, BAYVIEW LOAN SERVICING, LLC<br><br>        Defendants. | Case No.: 3:14-cv-04776-JCS<br><br>PLAINTIFF, MICHAEL MUSIC'S REQUEST AND NOTICE TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE<br><br>DATE:   July 10, 2015<br>TIME:    2:00 p.m.<br>DEPT.:   G, 15TH FLOOR<br><br>Case Filed:    10/27/14<br>Trial Date:     N/A |

   Plaintiff, Michael Music, respectfully requests the Court's permission for its counsel to appear telephonically at the Case Management Conference in this matter set for July 10, 2015, at 2:00 p.m. before the Honorable Joseph C. Spero.  Appearing for Plaintiff will be James E. Sell of Parton Sell Rhoades.

   Good cause exists to grant this request because the road into San Francisco, Doyle Drive, is closed starting Thursday, July 9th which will make travel from Marin difficult, if not impossible

   Counsel for Bank of America and counsel for Bayview Loan Servicing have also requested permission to appear telephonically.

With the Court's leave, counsel will call into the conference line identified by Mr. Dailey, counsel for Bank of America (ECF No. 36):

**Dial in: 800-900-5552**

**Access Code: 310-576-2128**

Alternatively Mr. Sell can be available on standby beginning at 2:00 p.m. to await the Court's phone call. Mr. Sell's direct office phone number is (415) 755-4208.

DATED: 7/6/15                PARTON | SELL | RHOADES
                             A Professional Corporation


By   /s/ James E. Sell
     JAMES E. SELL, ESQ.
Attorneys for Plaintiff,
MICHAEL MUSIC

**ORDER**

IT IS ORDERED, Mr. Sell shall use the dial in number listed above. Mr. Sell shall be on phone standby and wait for the Court to dial in.

DATED: July 7, 2015

MAGISTRATE JUDGE JOSEPH C. SPERO

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

s:\cases\1182-0001 music\p\req cf call for 7.10.15.docx