1  Ian A. Rambarran, Bar No. 227366
   Diana N. Chinn, Bar No. 271577
2  KLINEDINST PC
   801 K Street, Suite 2100
3  Sacramento, California 95814
   (916) 444-7573/FAX (916) 444-7544
4  irambarran@klinedinstlaw.com
   dchinn@klinedinstlaw.com
5
   Attorneys for Defendant
6  BAYVIEW LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL MUSIC, | Case No. 3:14-CV-04776-JCS |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT BAYVIEW LOAN SERVICING, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; AND ORDER** |
| BANK OF AMERICA, NATIONAL ASSOCIATION; BAC HOME LOANS SERVICING, LP; and, BAYVIEW LOAN SERVICING, LLC, | |
| Defendants. | Courtroom: G<br>Magistrate Judge: Joseph C. Spero<br>Complaint Filed: 10/27/2014<br>Trial Date: None set |

Counsel for Defendant BAYVIEW LOAN SERVICING, LLC's respectfully requests the Court's permission to appear telephonically at the case management conference currently scheduled before Magistrate Judge Joseph C. Spero on **August 28, 2015, at 2:00 p.m.**

With the Court's leave, counsel will call into the conference line identified by Mr. Dailey, counsel for Bank of America:

**Dial in:**          800-900-5552

**Access Code:**  310-576-2128

                                       KLINEDINST PC

DATED: August 21, 2015          By:  */s/ Diana N. Chinn*
                                       Diana N. Chinn
                                       Attorneys for Defendant
                                       BAYVIEW LOAN SERVICING, LLC

/ / /

- 1 -
DEFENDANT BAYVIEW LOAN SERVICING, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER
3:14-CV-04776-JCS

**ORDER**

IT IS ORDERED, that Ms. Chinn shall use the conference call line identified by Mr. Dailey, counsel for Bank of America.

DATED: 8/24/15

_____
MAGISTRATE JUDGE JOSEPH C. SPERO

16324152v1



*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814