UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MUSIC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-04776-JCS   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  October 7, 2015<br>Mediator:  Gregory Walker |

　　　　IT IS HEREBY ORDERED that the request to excuse defendant Bayview Loan Servicing, LLC's representative, Bryan Dempsey, from appearing in person at the October 7, 2015, mediation before Gregory Walker is GRANTED.  The representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

　　　　**IT IS SO ORDERED**.

Dated: September 22, 2015

Maria-Elena James
United States Magistrate Judge