JAMES E. SELL, ESQ. (SBN 135935)
PARTON | SELL | RHOADES
A Professional Corporation
900 Larkspur Landing Circle, Suite 150
Larkspur, CA 94939
Telephone:    (415) 258-9700
Facsimile:     (415) 258-9739
Email: JSell@partonsell.com

Attorneys for Plaintiff,
MICHAEL MUSIC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MUSIC<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BAC HOME LOANS SERVICING, LP; and, BAYVIEW LOAN SERVICING, LLC<br><br>Defendants. | Case No.: 3:14-cv-04776-JCS<br><br>PLAINTIFF, MICHAEL MUSIC'S REQUEST AND NOTICE TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE<br><br>DATE:    November 6, 2015<br>TIME:    2:00 p.m.<br>DEPT.:   G, 15TH FLOOR<br><br>Case Filed:   10/27/14<br>Trial Date:   N/A |

Plaintiff, Michael Music, respectfully requests the Court's permission for its counsel to appear telephonically at the Case Management Conference in this matter set for November 5, 2015 at 2:00 p.m. before the Honorable Joseph C. Spero. Appearing for Plaintiff will be James E. Sell of Parton Sell Rhoades.

Counsel for Bank of America and counsel for Bayview Loan Servicing have also requested permission to appear telephonically.

With the Court's leave, counsel will call into the conference line identified by Mr. Dailey, counsel for Bank of America (ECF No. 63):

1

PLAINTIFF, MICHAEL MUSIC'S REQUEST AND NOTICE TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

**Dial in:  800-900-5552**

**Access Code: 310-576-2128**

Alternatively Mr. Sell can be available on standby beginning at 2:00 p.m. to await the Court's phone call.  Mr. Sell's direct office phone number is (415) 755-4208.

DATED:   11/2/15

PARTON | SELL | RHOADES
A Professional Corporation

By   /s/ James E. Sell
    JAMES E. SELL, ESQ.
Attorneys for Plaintiff,
MICHAEL MUSIC

**ORDER**

IT IS ORDERED, that Mr. Sell shall use the Bryan Cave Conference Line for the 11/6/15 further case management conference.

DATED: 11/2/15

MAGISTRATE JUDGE JOSEPH C. SPERO

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

s:\cases\1182-0001 music\p\req cf call for 11.6.15.docx